JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/7/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE MARTINEZ CASTRO, <br><br> Petitioner, <br><br> v. <br><br> ELVIN VALENZUELA, Warden, <br><br> Respondent. | Case No. CV 14-01979 MWF (RAO) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 7, 2016

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE